**Opinion issued July 7, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00099-CR

_____

**JOSE ANTONIO ARROYO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 262nd District Court**
**Harris County, Texas**
**Trial Court Case No. 1759488**

## MEMORANDUM OPINION

We abated the appeal and remanded the case to the trial court for a hearing on appellant Jose Antonio Arroyo's right to appeal. Appellant is now moving to reinstate and dismiss this appeal. No opinion has issued. Accordingly, we reinstate

the appeal, grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn and Morgan.

Do not publish.  TEX. R. APP. P. 47.2(b).